

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2013

No. 04-13-00083-CV

**HALE LAND AND CATTLE COMPANY, INC.,**
Appellant

v.

**SILVARIS CORPORATION,** d/b/a Low Grande Lumber and Alcalosa Forwarding, Inc.,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 08-12-24038-MCV
Honorable Cynthia L. Muniz, Judge Presiding

No. 04-13-00320-CV

**IN RE HALE LAND AND CATTLE COMPANY, INC.**

Original Mandamus Proceeding[1]

## ORDER

Appellant, Hale Land and Cattle Company, Inc. filed an interlocutory appeal in this proceeding which was assigned Cause Number 04-13-00083-CV. As relator, Hale Land and Cattle Company, Inc. subsequently filed its petition for writ of mandamus which was assigned Cause Number 04-13-00320-CV, and consolidated with the interlocutory appeal by order of this court on May 23, 2013.

In accordance with this court's opinion of this date, we AFFIRM the trial court's order granting realignment of the parties for purposes of trial.

Having considered Hale Land and Cattle Company, Inc.'s petition for writ of mandamus the court is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

---

[1] This proceeding arises out of Cause No. 08-12-24038-MCV, styled *Silvaris Corporation, D/B/A Low Grade Lumber and Alcalosa Forwarding, Inc. v. Hale Land and Cattle Company, Inc.*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Cynthia L. Muniz presiding.

It is further ORDERED that appellees/real parties in interest Silvaris Corporation D/B/A Low Grade Lumber and Alcalosa Forwarding, Inc. recover their costs of appeal from appellant/relator Hale Land and Cattle Company, Inc.

It is so **ORDERED** on July 31, 2013.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2013.

Keith E. Hottle, Clerk